MARIA RUTENBURG (CSB #250186)
930 Far Creek Way,
Redwood City, CA 94062
Telephone: (650) 743-4915
Facsimile: (775) 258-2939

Attorney for Petitioners
Arkadiy Mr. Fuksman
Sabina Mrs. Agranova

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Arkadiy Mr. Fuksman,<br>Sabina Mrs. Agranova,<br><br>Petitioners,<br><br>v.<br><br>DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District; EMILIO T. GONZALEZ, Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT MUELLER, III, Director of the Federal Bureau of Investigation,<br><br>Respondents. | Case No.: C 07-03877 RMW<br><br>ORDER RE APPLICATIONS TO PROCED IN FORMA PAUPERIS |

IT IS ORDERED that the applications to proceed in forma pauperis is GRANTED as to Arkadiy Fuksman and Sabina Agranova and that the Clerk issue summons.

1  IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California
2  serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling
3  orders, attachments, plaintiff's affidavit and this order upon the defendant.

Dated: _____

_____
Magistrate Judge

2