1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 ARKADIY FUKSMAN,                    )
   SABINA AGRANOVA,                    )  No. C 07-3877 RMW
13                                     )
                  Plaintiffs,          )
14                                     )
             v.                        )  **STIPULATION TO EXTEND DATE OF**
15                                     )  **CASE MANAGEMENT CONFERENCE;**
   DAVID STILL, District Director, U.S.)  **AND [PROPOSED] ORDER**
16 Department of Homeland Security, Bureau of )
   Citizenship and Immigration Services, San )
17 Francisco District; EMILIO T. GONZALEZ, )
   Director, U.S. Department of Homeland )
18 Security, Bureau of Citizenship and Immigration )
   Services; MICHAEL CHERTOFF, U.S. Secretary)
19 of Homeland Security; ROBERT MUELLER, III, )
   Director of the Federal Bureau of Investigation, )
20                                     )
                  Defendants.          )
21 _____)

22     The plaintiffs, by and through their attorney of record, and defendants by and through their

23 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

24     1. Plaintiffs filed this action on or about July 30, 2007.  The United States Attorney's Office

25 was not served until September 28, 2007.

26     2. Pursuant to this Court's July 30, 2007 Order Setting the Case Management Conference, the

27 parties are required to file a joint case management statement on October 26, 2007, and attend a

28 case management conference on November 2, 2007.

Stip. to Extend
C07-3877 RMW                              1

3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | November 27, 2007 |
| Last day to file Joint ADR Certification: | December 14, 2007 |
| Last day to file/serve Joint Case Management Statement: | December 28, 2007 |
| Case Management Conference: | January 4, 2008, at 10:30 a.m. |

Date: October 3, 2007                     Respectfully submitted,

                                          SCOTT N. SCHOOLS
                                        United States Attorney

                                          /s/
                                        MELANIE L. PROCTOR
                                        Assistant United States Attorney
                                        Attorneys for Defendants

                                          /s/
Date: October 3, 2007                     MARIA RUTENBURG
                                        Attorney for Plaintiffs

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
                                        RONALD M. WHYTE
                                        United States District Judge