SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION      *E-FILED - 10/11/07*

| | |
|---|---|
| ARKADIY FUKSMAN, SABINA AGRANOVA, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District; EMILIO T. GONZALEZ, Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT MUELLER, III, Director of the Federal Bureau of Investigation, <br><br> Defendants. | No. C 07-3877 RMW <br><br><br><br><br><br> **STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [] ORDER** |

The plaintiffs, by and through their attorney of record, and defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiffs filed this action on or about July 30, 2007. The United States Attorney's Office was not served until September 28, 2007.

2. Pursuant to this Court's July 30, 2007 Order Setting the Case Management Conference, the parties are required to file a joint case management statement on October 26, 2007, and attend a case management conference on November 2, 2007.

Stip. to Extend
C07-3877 RMW                                1

3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | November 27, 2007 |
| Last day to file Joint ADR Certification: | December 14, 2007 |
| Last day to file/serve Joint Case Management Statement: | December 28, 2007 |
| Case Management Conference: | January 4, 2008, at 10:30 a.m. |

Date: October 3, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_/s/_
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

Date: October 3, 2007

_/s/_
MARIA RUTENBURG
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 10/11/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Stip. to Extend
C07-3877 RMW                    2