1  SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2  JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3  Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6     Telephone: (415) 436-6730
   FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                        UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                             SAN JOSE DIVISION

12 ARKADIY FUKSMAN,                              )
   SABINA AGRANOVA,                           )   No. C 07-3877 RMW
13                                                 )
                Plaintiffs,               )
14                                                 )
           v.                                  )
15                                                 )
   DAVID STILL, District Director, U.S.        )   STIPULATION TO DISMISS AND
16 Department of Homeland Security, Bureau of    )   [PROPOSED] ORDER
   Citizenship and Immigration Services, San  )
17 Francisco District; EMILIO T. GONZALEZ,      )
   Director, U.S. Department of Homeland       )
18 Security, Bureau of Citizenship and Immigration )
   Services; MICHAEL CHERTOFF, U.S. Secretary)
19 of Homeland Security; ROBERT MUELLER, III, )
   Director of the Federal Bureau of Investigation, )
20                                                 )
                Defendants.               )
21 _____)

22     Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 action without prejudice in light of the fact that the United States Citizenship and Immigration Services

25 is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30

26 days of the dismissal of this action.

27 //

28 ///

STIPULATION TO DISMISS
C07-3877 RMW                            1

Each of the parties shall bear their own costs and fees.

Date: November 26, 2007                                    Respectfully submitted,

                                                           SCOTT N. SCHOOLS
                                                           United States Attorney


                                                           _____/s/_____
                                                           MELANIE L. PROCTOR
                                                           Assistant United States Attorney
                                                           Attorneys for Defendants


                                                           _____/s/_____
Date: November 26, 2007                                    MARIA RUTENBURG
                                                           Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:                                                      _____
                                                           RONALD M. WHYTE
                                                           United States District Judge

STIPULATION TO DISMISS
C07-3877 RMW                                2