SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-6927

*E-FILED - 12/10/07*

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARKADIY FUKSMAN, SABINA AGRANOVA,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District; EMILIO T. GONZALEZ, Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT MUELLER, III, Director of the Federal Bureau of Investigation,<br><br>Defendants. | No. C 07-3877 RMW<br><br>STIPULATION TO DISMISS AND [] ORDER |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

//

///

STIPULATION TO DISMISS
C07-3877 RMW                              1

1 | Each of the parties shall bear their own costs and fees.

2

3 | Date: November 26, 2007                              Respectfully submitted,

4 |                                                                          SCOTT N. SCHOOLS
  |                                                                          United States Attorney

5

6 |                                                                          _____/s/_____
  |                                                                          MELANIE L. PROCTOR
7 |                                                                          Assistant United States Attorney
  |                                                                          Attorneys for Defendants

8

9 |                                                                          _____/s/_____
  | Date: November 26, 2007                              MARIA RUTENBURG
10|                                                                          Attorney for Plaintiffs

11

12 |                                              **ORDER**

13 |    Pursuant to stipulation, IT IS SO ORDERED.

14 | Date: 12/10/07                                      *Ronald M. Whyte*
   |                                                                          RONALD M. WHYTE
15 |                                                                          United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS
C07-3877 RMW                                    2